NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON P. VERSAKOS,  )
 )
       Appellant,  )
 )
v.  )     Case No. 2D18-3758
 )
STATE OF FLORIDA,  )
 )
       Appellee.  )
_____ )

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

Jason P. Versakos, pro se.

PER CURIAM.

       Affirmed.  See Toomer v. State, 895 So. 2d 1256 (Fla. 1st DCA 2005);

Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378

(Fla. 4th DCA 1999).

KELLY, VILLANTI, and BADALAMENTI, JJ., Concur.